1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR88-334-JCC |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| STEVEN GLENN SILKETT, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

9

10

11

12

13

14

15        An evidentiary hearing on a petition for violation of supervised release was held before

16   the undersigned Magistrate Judge on August 10, 2009. The United States was represented by

17   Assistant United States Attorney Richard Cohen, and the defendant by Walter G. Palmer. The

18   proceedings were digitally recorded.

19        The defendant had been charged and convicted of Conspiracy to Distribute Cocaine, in

20   violation of 21 U.S.C. § 846; Possession of Cocaine with Intent to Distribute, in violation of 21

21   U.S.C. §§ 841(a)(1) and 841 (b)(1)(B); and Contempt, in violation of 21 U.S.C. § 401(3). On

22   or about March 24, 1989, defendant was sentenced by the Honorable John C. Coughenour to a

23   term of two hundred sixty-two (262) months in custody, to be followed by four (4) years of

24   supervised release.

25        The conditions of supervised release included the requirements that the defendant

26   comply with all local, state, and federal laws, and with the standard conditions. Special

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1 conditions imposed included, but were not limited to, substance abuse program, financial

2 disclosure, search, RRC placement, and same name on all ID documents.

3      In a Petition for Warrant or Summons, dated May 27, 2009, U.S. Probation Officer

4 Richard B. Cowan asserted the following violations by defendant of the conditions of his

5 supervised release:

6      (1)    Failing to notify the probation officer at least 10 days prior to any change in

7      residence, on or about April 19, 2009, in violation of standard condition no. 6.

8      (2)    Failing to follow the instruction of the probation officer, by leaving the

9      Bremerton Oxford House, on or about April 19, 2009, in violation of standard

10      condition no. 3.

11      (3)    Failing to submit a truthful and complete written report to the U.S. Probation

12      Office within the first five days of May 2009, in violation of standard condition

13      no. 2.

14      On July 13, 2009, defendant made his initial appearance. The defendant was advised of

15 the allegations and advised of his rights. On August 10, 2009, defendant appeared for an

16 evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2 and 3.

17      I therefore recommend that the Court find the defendant to have violated the terms and

18 conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a

19 hearing limited to disposition. A disposition hearing on these violations has been set before the

20 Honorable John C. Coughenour on August 20, 2009 at 9:00 a.m.

21      Pending a final determination by the Court, the defendant has been detained.

22      DATED this 10th day of August, 2009.

23

24                   JAMES P. DONOHUE

25                   United States Magistrate Judge

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

cc:     District Judge:          Honorable John C. Coughenour
        AUSA:                    Mr. Richard Cohen
        Defendant's attorney:    Mr. Walter G. Palmer
        Probation officer:       Mr. Richard B. Cowan

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3